**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

4:04-cv-01717-BRW Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW Israel v. Wyeth, et al
4:05-cv-00355-BRW Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW Draski et al v. Wyeth et al
4:05-cv-01021-BRW Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW Evin v. Wyeth Inc et al
4:05-cv-01376-BRW Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW Reed v. Pfizer Inc et al
4:05-cv-01403-BRW Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW Fudally et al v. Wyeth et al
4:05-cv-01432-BRW Boonstra v. Wyeth et al

4:05-cv-01449-BRW Gardner et al v. Wyeth et al
4:05-cv-01457-BRW Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW Lake v. Wyeth Inc et al
4:05-cv-01459-BRW Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW Sanford et al v. Wyeth et al
4:05-cv-01464-BRW Lewis v. Wyeth et al
4:05-cv-01467-BRW Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW Edwards et al v. Wyeth et al

4:05-cv-01566-BRW Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW Reece v. Wyeth Inc et al
4:05-cv-01594-BRW Beebe et al v. Wyeth et al
4:05-cv-01596-BRW Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW Morin v. Wyeth Inc et al
4:05-cv-01741-BRW Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW Streible et al v. Wyeth et al

4:05-cv-01801-BRW Tanner v. Wyeth
4:05-cv-01826-BRW Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW Wells v. Wyeth et al
4:05-cv-01891-BRW Litteer et al v. Wyeth, et al

4:05-cv-01897-BRW Hoen v. Wyeth et al
4:05-cv-01925-BRW Williams v. Wyeth Inc et al
4:05-cv-01933-BRW Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW Salois v. Wyeth Inc et al
4:06-cv-00028-BRW Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW Johnson et al v. Wyeth et al

4:06-cv-00052-BRW Kern et al v. Wyeth et al
4:06-cv-00054-BRW Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW Norwood et al v. Wyeth et al
4:06-cv-00065-BRW Hughes et al v. Wyeth et al
4:06-cv-00066-BRW Mattison et al v. Wyeth et al

4:06-cv-00067-BRW Brous et al v. Wyeth et al
4:06-cv-00102-BRW Conza v. Wyeth Inc et al
4:06-cv-00103-BRW O'Toole v. Wyeth et al
4:06-cv-00120-BRW Roffman et al v. Wyeth et al
4:06-cv-00138-BRW Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW Minschew v. Wyeth et al
4:06-cv-00154-BRW Sochan et al v. Wyeth et al
4:06-cv-00161-BRW Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW Pow et al v. Wyeth et al
4:06-cv-00222-BRW Miller v. Wyeth et al
4:06-cv-00230-BRW Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW White v. Wyeth et al
4:06-cv-00271-BRW Purcell et al v. Wyeth et al
4:06-cv-00278-BRW Witcher et al v. Wyeth et al
4:06-cv-00301-BRW Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW Clark v. Wyeth et al
4:06-cv-00304-BRW Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW Fallman v. Wyeth et al
4:06-cv-00309-BRW Coppock v. Wyeth et al

4:06-cv-00310-BRW White v. Wyeth et al
4:06-cv-00312-BRW Peterson v. Wyeth et al
4:06-cv-00313-BRW Hood v. Wyeth Inc et al
4:06-cv-00329-BRW Stafford v. Wyeth et al
4:06-cv-00347-BRW Reed v. Wyeth Inc et al

4:06-cv-00388-BRW Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW Fox v. Wyeth et al
4:06-cv-00410-BRW Telsey et al v. Wyeth et al
4:06-cv-00421-BRW Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW Doering v. Wyeth

4:06-cv-00431-BRW Johnson v. Wyeth et al
4:06-cv-00436-BRW Hogan v. Wyeth et al
4:06-cv-00440-BRW Morrell v. Wyeth et al
4:06-cv-00456-BRW Neal v. Wyeth et al
4:06-cv-00457-BRW Dolan et al v. Wyeth et al

4:06-cv-00458-BRW Dollar v. Wyeth et al
4:06-cv-00463-BRW Lenart v. Wyeth et al
4:06-cv-00469-BRW Lafferty v. Wyeth et al
4:06-cv-00479-BRW Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW Romano v. Wyeth Inc et al
4:06-cv-00484-BRW Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW Levin v. Wyeth Inc et al
4:06-cv-00522-BRW Jones v. Wyeth et al

4:06-cv-00528-BRW Thurman et al v. Wyeth et al
4:06-cv-00529-BRW Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW Pendley v. Wyeth et al
4:06-cv-00539-BRW Gunter et al v. Wyeth et al
4:06-cv-00557-BRW Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW Dunn et al v. Wyeth et al
4:06-cv-00560-BRW Linville v. Wyeth et al
4:06-cv-00562-BRW Chakerian v. Wyeth et al
4:06-cv-00563-BRW Weiss v. Wyeth et al
4:06-cv-00571-BRW Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW King v. Wyeth et al
4:06-cv-00586-BRW Larrick et al v. Wyeth et al
4:06-cv-00596-BRW Elich v. Wyeth et al
4:06-cv-00621-BRW Bowman v. Wyeth et al

4:06-cv-00625-BRW Falcone et al v. Wyeth et al
4:06-cv-00626-BRW Ryan et al v. Wyeth et al
4:06-cv-00631-BRW Handshy et al v. Wyeth et al
4:06-cv-00634-BRW Bowers et al v. Wyeth et al
4:06-cv-00637-BRW Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW West et al v. Wyeth et al
4:06-cv-00640-BRW Moritz v. Wyeth et al
4:06-cv-00642-BRW Anderson et al v. Wyeth et al
4:06-cv-00643-BRW Beatty et al v. Wyeth et al
4:06-cv-00644-BRW Groh et al v. Wyeth et al

4:06-cv-00648-BRW Troy v. Wyeth et al
4:06-cv-00650-BRW Jackson v. Wyeth et al
4:06-cv-00651-BRW Starnes v. Wyeth et al
4:06-cv-00686-BRW Hunter v. Wyeth et al
4:06-cv-00691-BRW Robinson v. Wyeth et al

4:06-cv-00693-BRW Schexnayder v. Wyeth et al
4:06-cv-00694-BRW Przybysz v. Wyeth et al
4:06-cv-00698-BRW Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW Gillette et al v. Wyeth et al
4:06-cv-00700-BRW Gray et al v. Wyeth et al

4:06-cv-00701-BRW Miles et al v. Wyeth et al
4:06-cv-00703-BRW Casteel v. Wyeth et al
4:06-cv-00705-BRW Harvey v. Wyeth et al
4:06-cv-00706-BRW Morgan v. Wyeth et al
4:06-cv-00707-BRW Mercer v. Wyeth et al

4:06-cv-00708-BRW Brown v. Wyeth et al
4:06-cv-00711-BRW Fairbairn v. Wyeth et al
4:06-cv-00713-BRW Glahn v. Wyeth et al
4:06-cv-00724-BRW Harrison v. Wyeth et al
4:06-cv-00725-BRW Moody v. Wyeth et al

4:06-cv-00734-BRW Baker v. Wyeth et al
4:06-cv-00744-BRW Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW Schons v. Wyeth et al
4:06-cv-00766-BRW Kibat v. Wyeth et al
4:06-cv-00767-BRW Grosor v. Wyeth et al

4:06-cv-00768-BRW Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW Taylor v. Wyeth et al
4:06-cv-00778-BRW Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW Pedicone v. Wyeth et al
4:06-cv-00786-BRW Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW Ulmen v. Wyeth et al
4:06-cv-00791-BRW Newland v. Wyeth et al
4:06-cv-00792-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW Easley v. Wyeth et al
4:06-cv-00795-BRW Hodge v. Wyeth et al

4:06-cv-00796-BRW Klauck v. Wyeth et al
4:06-cv-00798-BRW Patterson v. Wyeth et al
4:06-cv-00799-BRW Massey et al v. Wyeth et al
4:06-cv-00802-BRW Hughes et al v. Wyeth et al
4:06-cv-00804-BRW Laines v. Wyeth et al

4:06-cv-00808-BRW Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW Jones v. Wyeth Inc et al
4:06-cv-00823-BRW Reingold v. Wyeth et al
4:06-cv-00824-BRW Crittenden v. Wyeth et al

4:06-cv-00840-BRW Peoples v. Wyeth et al
4:06-cv-00852-BRW Bradley et al v. Wyeth et al
4:06-cv-00854-BRW Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW Whitman v. Wyeth et al

4:06-cv-00875-BRW Turner v. Wyeth et al
4:06-cv-00885-BRW Townsend v. Wyeth et al
4:06-cv-00888-BRW Elliott v. Wyeth et al
4:06-cv-00889-BRW Hare v. Wyeth et al
4:06-cv-00890-BRW Olive v. Wyeth et al

4:06-cv-00891-BRW Hayes v. Wyeth et al
4:06-cv-00894-BRW Wadkins v. Wyeth et al
4:06-cv-00895-BRW Portrey v. Wyeth et al
4:06-cv-00896-BRW Branton v. Wyeth et al
4:06-cv-00897-BRW McKay v. Wyeth et al

4:06-cv-00901-BRW Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW Frazier v. Wyeth et al
4:06-cv-00905-BRW Gustin v. Wyeth et al
4:06-cv-00906-BRW Mueller v. Wyeth et al
4:06-cv-00907-BRW Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW Long v. Wyeth et al
4:06-cv-00917-BRW Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW Schmitt v. Wyeth et al
4:06-cv-00935-BRW Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW Huddleston v. Wyeth et al

4:06-cv-00950-BRW Morgan v. Wyeth et al
4:06-cv-00955-BRW Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW St John et al v. Wyeth et al
4:06-cv-00958-BRW Griffin v. Wyeth et al
4:06-cv-00964-BRW Meade v. Wyeth

4:06-cv-00969-BRW Ennis v. Wyeth et al
4:06-cv-00971-BRW Howard v. Wyeth et al
4:06-cv-00972-BRW Cook v. Wyeth et al
4:06-cv-00973-BRW Labelle v. Wyeth et al
4:06-cv-00974-BRW Wright v. Wyeth et al

4:06-cv-00976-BRW Pyle v. Wyeth et al
4:06-cv-00978-BRW Storch v. Wyeth et al
4:06-cv-00979-BRW Ray v. Wyeth et al
4:06-cv-00984-BRW Irwin v. Wyeth et al
4:06-cv-00991-BRW Fonseca v. Wyeth et al

4:06-cv-00992-BRW Burns v. Wyeth et al
4:06-cv-01016-BRW Dold et al v. Wyeth et al
4:06-cv-01020-BRW Malmstrom v. Wyeth et al
4:06-cv-01024-BRW Ritchie v. Wyeth et al
4:06-cv-01030-BRW Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW Armstrong v. Wyeth et al
4:06-cv-01040-BRW Fields v. Wyeth et al
4:06-cv-01041-BRW Watson v. Wyeth et al
4:06-cv-01042-BRW Smith v. Wyeth et al
4:06-cv-01043-BRW Samples v. Wyeth et al

4:06-cv-01044-BRW Adkisson v. Wyeth et al
4:06-cv-01050-BRW Klocek v. Wyeth et al
4:06-cv-01052-BRW Pepperdine v. Wyeth et al
4:06-cv-01058-BRW Bloodgood v. Wyeth et al
4:06-cv-01059-BRW Thebeau v. Wyeth, et al

4:06-cv-01060-BRW Dorsett v. Wyeth et al
4:06-cv-01062-BRW Gray v. Wyeth et al
4:06-cv-01064-BRW Worley v. Wyeth et al
4:06-cv-01065-BRW Roach v. Wyeth et al
4:06-cv-01067-BRW Newhouse v. Wyeth et al

4:06-cv-01068-BRW Baker v. Wyeth et al
4:06-cv-01070-BRW Schmick v. Wyeth et al
4:06-cv-01071-BRW Gant v. Wyeth et al
4:06-cv-01072-BRW Hawemann v. Wyeth et al
4:06-cv-01075-BRW Ross v. Wyeth Inc et al

4:06-cv-01080-BRW Nelson et al v. Wyeth et al
4:06-cv-01081-BRW Baker v. Wyeth et al
4:06-cv-01086-BRW Campbell v. Wyeth et al
4:06-cv-01092-BRW Ghorley v. Wyeth et al
4:06-cv-01093-BRW Pannell v. Wyeth et al

4:06-cv-01096-BRW Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW Hill v. Wyeth et al
4:06-cv-01118-BRW Gavino v. Wyeth et al
4:06-cv-01121-BRW Frandsen v. Wyeth et al

4:06-cv-01124-BRW Williams v. Wyeth et al
4:06-cv-01126-BRW Hatcher v. Wyeth et al
4:06-cv-01128-BRW Furber v. Wyeth et al
4:06-cv-01129-BRW Edris v. Wyeth et al
4:06-cv-01131-BRW Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW Paradis v. Wyeth et al
4:06-cv-01145-BRW Morris et al v. Wyeth et al
4:06-cv-01163-BRW Burgett v. Wyeth et al
4:06-cv-01164-BRW Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW Jones et al v. Wyeth et al

4:06-cv-01169-BRW Bickel et al v. Wyeth et al
4:06-cv-01171-BRW Merwin et al v. Wyeth et al
4:06-cv-01172-BRW Taylor v. Wyeth et al
4:06-cv-01176-BRW Thrift v. Wyeth et al
4:06-cv-01181-BRW Billeau et al v. Wyeth et al

4:06-cv-01182-BRW Boelk et al v. Wyeth et al
4:06-cv-01183-BRW Flores et al v. Wyeth et al
4:06-cv-01191-BRW Bross v. Wyeth et al
4:06-cv-01199-BRW Ulmer v. Wyeth et al
4:06-cv-01206-BRW Wilson v. Wyeth et al

4:06-cv-01207-BRW Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW George et al v. Wyeth et al
4:06-cv-01210-BRW Seaton et al v. Wyeth et al
4:06-cv-01213-BRW Johnson v. Wyeth et al
4:06-cv-01216-BRW Grindle et al v. Wyeth et al

4:06-cv-01218-BRW Garcia et al v. Wyeth et al
4:06-cv-01221-BRW Brege v. Wyeth et al
4:06-cv-01226-BRW Baena et al v. Wyeth et al
4:06-cv-01229-BRW Weston et al v. Wyeth et al
4:06-cv-01230-BRW Walrod v. Wyeth et al

4:06-cv-01232-BRW Sellepack v. Wyeth et al
4:06-cv-01234-BRW Roe v. Wyeth et al
4:06-cv-01235-BRW Roberts v. Wyeth et al
4:06-cv-01236-BRW Patten v. Wyeth et al
4:06-cv-01237-BRW Mullins et al v. Wyeth et al

4:06-cv-01239-BRW Melendez v. Wyeth et al
4:06-cv-01240-BRW Morgan et al v. Wyeth et al
4:06-cv-01242-BRW Long et al v. Wyeth et al
4:06-cv-01243-BRW Killian et al v. Wyeth et al
4:06-cv-01244-BRW Carll v. Wyeth et al

4:06-cv-01245-BRW Ayers v. Wyeth et al
4:06-cv-01246-BRW Mancini v. Wyeth et al
4:06-cv-01247-BRW Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW Hamm v. Wyeth et al

4:06-cv-01251-BRW McClellan v. Wyeth et al
4:06-cv-01253-BRW O'Neil v. Wyeth et al
4:06-cv-01258-BRW Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW Stamper et al v. Wyeth et al
4:06-cv-01275-BRW Jansky v. Wyeth et al

4:06-cv-01277-BRW Dewey v. Wyeth et al
4:06-cv-01281-BRW Shay v. Wyeth et al
4:06-cv-01283-BRW Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW Lantz et al v. Wyeth et al
4:06-cv-01355-BRW Dane v. Wyeth Inc et al

4:06-cv-01360-BRW Blevins et al v. Wyeth et al
4:06-cv-01361-BRW Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW Darby et al v. Wyeth et al
4:06-cv-01371-BRW Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW Kruse et al v. Wyeth et al

4:06-cv-01389-BRW Martin v. Wyeth Inc et al
4:06-cv-01404-BRW Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW Acard v. Wyeth et al
4:06-cv-01416-BRW Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW Scherer et al v. Wyeth et al

4:06-cv-01422-BRW Newman et al v. Wyeth et al
4:06-cv-01424-BRW Keith v. Wyeth et al
4:06-cv-01454-BRW Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW Henry v. Pfizer Inc et al

4:06-cv-01521-BRW Galloway v. Wyeth et al
4:06-cv-01544-BRW Romel v. Wyeth et al
4:06-cv-01549-BRW Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW Rister v. Wyeth Inc et al
4:06-cv-01655-BRW Groethe v. Wyeth et al
4:06-cv-01681-BRW Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW Williams v. Wyeth Inc et al
4:06-cv-01698-BRW McCandless v. Wyeth et al

4:07-cv-00001-BRW Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW Collins v. Wyeth et al
4:07-cv-00104-BRW Arnold v. Wyeth et al
4:07-cv-00105-BRW Cox v. Wyeth et al

4:07-cv-00108-BRW Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW Cook et al v. Wyeth et al
4:07-cv-00127-BRW Becker v. Wyeth et al
4:07-cv-00128-BRW Doctors v. Wyeth et al

4:07-cv-00167-BRW Miller v. Wyeth
4:07-cv-00168-BRW Gabriel v. Wyeth
4:07-cv-00169-BRW Llana v. Wyeth et al
4:07-cv-00170-BRW Godwin v. Wyeth et al
4:07-cv-00182-BRW Howard v. Wyeth et al

4:07-cv-00188-BRW Vara et al v. Wyeth et al
4:07-cv-00190-BRW Podesta v. Wyeth et al
4:07-cv-00226-BRW Martinez v. Wyeth et al
4:07-cv-00230-BRW Read v. Wyeth et al
4:07-cv-00248-BRW Lawson v. Wyeth et al

4:07-cv-00293-BRW Fegley v. Wyeth et al
4:07-cv-00295-BRW Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW Fitzner v. Wyeth et al
4:07-cv-00322-BRW Moe v. Wyeth et al
4:07-cv-00325-BRW Mullins et al v. Wyeth et al

4:07-cv-00336-BRW Gilley v. Wyeth et al
4:07-cv-00431-BRW Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW Marshall v. Wyeth et al
4:07-cv-00465-BRW Wagner v. Wyeth et al
4:07-cv-00466-BRW Swanson v. Wyeth et al

4:07-cv-00468-BRW Kaplan v. Wyeth et al
4:07-cv-00474-BRW Calabro v. Wyeth et al
4:07-cv-00480-BRW Rhodes v. Wyeth Inc
4:07-cv-00496-BRW Berns v. Wyeth Inc et al
4:07-cv-00499-BRW Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW Bernardo v. Wyeth et al
4:07-cv-00544-BRW Basham v. Wyeth et al
4:07-cv-00547-BRW Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW VanTassal v. Wyeth et al

4:07-cv-00560-BRW Kimbrough v. Wyeth et al
4:07-cv-00578-BRW Riley v. Wyeth et al
4:07-cv-00579-BRW Soukkala v. Wyeth et al
4:07-cv-00581-BRW Lightner v. Wyeth et al
4:07-cv-00597-BRW Wright v. Wyeth et al

4:07-cv-00599-BRW McKinney v. Wyeth et al
4:07-cv-00650-BRW Greenberg v. Wyeth
4:07-cv-00724-BRW Meredith et al v. Wyeth
4:07-cv-00735-BRW Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW Hoffman v. Wyeth et al
4:07-cv-01072-BRW Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW Pace v. Wyeth et al
4:07-cv-01085-BRW Patterson v. Wyeth et al

4:07-cv-01094-BRW Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW Johnston v. Wyeth et al
4:07-cv-01126-BRW Neilson v. Wyeth et al
4:07-cv-01127-BRW Poto v. Wyeth et al

4:07-cv-01128-BRW Shippen v. Wyeth et al
4:07-cv-01137-BRW Singer v. Wyeth et al
4:07-cv-01140-BRW Thompson v. Wyeth et al
4:07-cv-01141-BRW Pulley v. Wyeth et al
4:07-cv-01145-BRW Ward v. Wyeth et al

4:07-cv-01197-BRW Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW Bailey v. Wyeth et al
4:07-cv-01205-BRW Carruth v. Wyeth et al
4:08-cv-00009-BRW Johnson et al v. Wyeth et al
4:08-cv-00029-BRW Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW Ranallo v. Wyeth et al
4:08-cv-00045-BRW Mongeon v. Wyeth et al
4:08-cv-00054-BRW Asbury v. Wyeth et al
4:08-cv-00055-BRW D'Andrea v. Wyeth et al
4:08-cv-00063-BRW McCall v. Wyeth Inc et al

4:08-cv-00080-BRW Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW Rutledge v. Wyeth et al
4:08-cv-00113-BRW Gaw v. Wyeth et al
4:08-cv-00125-BRW Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW Beier v. Wyeth et al

4:08-cv-00135-BRW Marsa v. Wyeth et al
4:08-cv-00173-BRW Wilkerson v. Wyeth et al
4:08-cv-00177-BRW Willis v. Wyeth et al
4:08-cv-00178-BRW McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW Mink v. Wyeth Inc et al

4:08-cv-00186-BRW Pecci v. Wyeth et al
4:08-cv-00192-BRW Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW Dake v. Pfizer Inc et al

4:08-cv-00248-BRW Cottrell v. Wyeth et al
4:08-cv-00251-BRW Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW Garfinkle v. Wyeth et al
4:08-cv-00256-BRW Singleton v. Wyeth et al
4:08-cv-00258-BRW Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW Tucker v. Wyeth et al
4:08-cv-00263-BRW Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW Joffrion v. Wyeth et al

4:08-cv-00289-BRW Hill v. Wyeth et al
4:08-cv-00296-BRW Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW Ogens v. Wyeth et al
4:08-cv-00310-BRW Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW Duke v. Wyeth et al

4:08-cv-00312-BRW Brinkley v. Wyeth et al
4:08-cv-00313-BRW Case v. Wyeth et al
4:08-cv-00314-BRW Deavers v. Wyeth et al
4:08-cv-00322-BRW Martin v. Wyeth et al
4:08-cv-00330-BRW Reed v. Wyeth et al

4:08-cv-00332-BRW Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW Grace v. Wyeth et al
4:08-cv-00396-BRW Trost v. Wyeth et al
4:08-cv-00418-BRW Zidlick v. Wyeth et al
4:08-cv-00420-BRW Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW Hall v. Wyeth et al

4:08-cv-00445-BRW Sharp et al v. Wyeth et al
4:08-cv-00461-BRW Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW Harrison et al v. Wyeth et al
4:08-cv-00554-BRW Miller v. Wyeth et al
4:08-cv-00565-BRW Lowe v. Wyeth et al
4:08-cv-00605-BRW Stedman et al v. Wyeth et al
4:08-cv-00625-BRW Stoe et al v. Wyeth et al

4:08-cv-00632-BRW Sauer et al v. Wyeth et al
4:08-cv-00678-BRW Harwell v. Wyeth et al
4:08-cv-00693-BRW Erger v. Wyeth et al
4:08-cv-00776-BRW Carpenter v. Wyeth et al
4:08-cv-00859-BRW Mills v. Wyeth et al

4:08-cv-00863-BRW Savage v. Wyeth et al
4:08-cv-00867-BRW Camp v. Wyeth et al
4:08-cv-00869-BRW Touchstone v. Wyeth et al
4:08-cv-00872-BRW Scholl v. Wyeth et al
4:08-cv-00874-BRW Valovich v. Wyeth et al

4:08-cv-00923-BRW Williams v. Wyeth Inc et al
4:08-cv-01079-BRW Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW Bogler v. Wyeth et al
4:08-cv-01086-BRW Haber v. Wyeth et al
4:08-cv-01161-BRW Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW Steinhardt v. Wyeth et al
4:08-cv-01195-BRW Pruett et al v. Wyeth et al
4:08-cv-01211-BRW Bot v. Wyeth et al
4:08-cv-01246-BRW Shaker v. Wyeth et al

4:08-cv-01250-BRW McCann v. Wyeth et al
4:08-cv-01284-BRW Andres et al v. Wyeth et al
4:08-cv-01297-BRW Lunde et al v. Wyeth
4:08-cv-01310-BRW Daher v. Wyeth et al
4:08-cv-01316-BRW Perez v. Wyeth Inc

4:08-cv-01361-BRW Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW Jones v. Wyeth et al
4:08-cv-01414-BRW Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW Bortel v. Wyeth et al
4:08-cv-01445-BRW Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW Griesing v. Wyeth et al
4:08-cv-01447-BRW Hoffman v. Wyeth et al

4:08-cv-01448-BRW Kelly v. Wyeth et al
4:08-cv-01449-BRW Larson v. Wyeth et al
4:08-cv-01522-BRW Adkins v. Wyeth et al
4:08-cv-01548-BRW Olson v. Wyeth et al
4:08-cv-01552-BRW Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW Francis v. Pfizer Inc et al
4:08-cv-01815-BRW Love v. Wyeth Inc et al
4:08-cv-01817-BRW Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW Ruggles v. Wyeth et al
4:08-cv-01819-BRW Martino et al v. Wyeth et al

4:08-cv-01820-BRW Green et al v. Wyeth et al
4:08-cv-01821-BRW Geyer et al v. Wyeth et al
4:08-cv-01833-BRW Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW Gray et al v. Wyeth et al

4:08-cv-01840-BRW Reed et al v. Wyeth et al
4:08-cv-01841-BRW Fox v. Wyeth et al
4:08-cv-01842-BRW Bowling v. Wyeth et al
4:08-cv-01858-BRW Long v. Wyeth et al
4:08-cv-01859-BRW Surenyan v. Wyeth et al

4:08-cv-01863-BRW Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW McClain v. Wyeth Inc et al
4:08-cv-01883-BRW Micheletti et al v. Wyeth Inc et al